# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clement, Fredrick E. | Bankruptcy Court California Eastern District | 3/16/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

2500 Tulare Street
Fresno, CA 93721

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 (See Part VIII) |
| 2. | Member Board of Directors | Central California Bankruptcy Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 3/16/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | See Part VIII | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Sacramento Valley Bankruptcy Forum | February 5-6, 2016 | Sacramento, California | Annual Conference | Meals, Travel, Lodging and Registration |
| 2. | Central California Bankruptcy Association | September 18-19, 2016 | Fresno, California | Annual Conference | Registration and Meals |
| 3. | National Association of Consumer Bankruptcy Attorneys | May 19-22, 2016 | San Francisco, California | Annual Conference | Travel, Lodging and Registration |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 3/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1(H)/(Includes Non-Roth account) | | | | | | | | | |
| 2. -American Funds- Income Fund of America A | B | Dividend | L | T | Buy (add'l) | 03/04/16 | J | | |
| 3. -American Funds- Investment Company of America | C | Dividend | L | T | Buy (add'l) | 03/04/16 | J | | |
| 4. -Franklin Funds- Franklin Income Fund | C | Dividend | L | T | | | | | |
| 5. -Invesco VK Comstoc | C | Dividend | K | T | | | | | |
| 6. -Invesco VK Equity and Income | B | Dividend | K | T | | | | | |
| 7. -Invesco VK Growth and Income | C | Dividend | L | T | | | | | |
| 8. -Morgan Stanley Money Market account (fka MS Money Mkt Fd) | A | Interest | K | T | | | | | |
| 9. -Real Property (Tri-Plex) - King City, Monterey County, CA | E | Rent | N | W | | | | | |
| 10. -Wells Fargo Bank Account | A | Interest | J | T | | | | | |
| 11. Trust #2(H)/(Includes Roth account) | | | | | | | | | |
| 12. -American Funds- Capital World Growth and Income | B | Dividend | J | T | | | | | |
| 13. -American Funds- Growth Fund of America A | A | Dividend | J | T | | | | | |
| 14. -American Funds- Income Fund of America A | A | Dividend | J | T | | | | | |
| 15. | | | | | Buy (add'l) | 03/04/16 | J | | |
| 16. | | | | | Sold (part) | 04/25/16 | J | | |
| 17. | | | | | Sold (part) | 05/25/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 3/16/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 06/23/16 | J | | |
| 19. | | | | | Sold (part) | 07/25/16 | J | | |
| 20. | | | | | Sold (part) | 08/25/16 | J | | |
| 21. | | | | | Sold (part) | 09/23/16 | J | | |
| 22. | | | | | Sold (part) | 10/25/16 | J | | |
| 23. | | | | | Sold (part) | 11/22/16 | J | | |
| 24. | | | | | Sold (part) | 12/22/16 | J | | |
| 25. -American Funds- Investment Company of America A | D | Dividend | K | T | Buy (add'l) | 03/04/16 | J | | |
| 26. -Franklin Funds Income Fund | D | Dividend | K | T | | | | | |
| 27. -Invesco VK Comstoc A | B | Dividend | J | T | | | | | |
| 28. -Invesco Equity Income A | B | Dividend | J | T | | | | | |
| 29. -Invesco Growth and Income A | D | Dividend | K | T | | | | | |
| 30. -Morgan Stanley Money Market account | A | Interest | J | T | | | | | |
| 31. -New York Life Retirement Annuity (fixed) | A | Interest | | | Distributed | 04/15/16 | J | | |
| 32. -Oil Painting | | None | K | W | | | | | |
| 33. -Wells Fargo Account #1 | A | Interest | J | T | | | | | |
| 34. -Wells Fargo Account #2 | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 3/16/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Gold Coins (13 oz) | | None | J | W | | | | | |
| 36. IRA(H) | | | | | | | | | |
| 37. -American Funds- Growth Fund of America | D | Dividend | K | T | | | | | |
| 38. -American Funds- Income Fund of America | D | Dividend | K | T | | | | | |
| 39. -First Eagle Global Fund | C | Dividend | J | T | | | | | |
| 40. -Invesco VK Comstoc | D | Dividend | K | T | | | | | |
| 41. -Investment Company of America | B | Dividend | J | T | | | | | |
| 42. -Morgan Stanley Money Market account | | None | J | T | | | | | |
| 43. New York Life: Whole Life Policy (no control) | A | Dividend | J | T | | | | | |
| 44. Tri Counties Bank Account #1 | A | Interest | J | T | | | | | |
| 45. Tri Counties Bank Account #2 | A | Interest | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. | | | | | | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Clement, Fredrick E. | 3/16/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I. Positions

Line 1: Filer will be the Successor Trustee for Trust #2 in the future. Filer is the beneficiary of Trusts #1 and 2, and the assets of those trusts are listed in Part VII.

Part IIIA.

In October 2016, the filer and spouse purchased a new home. During escrow, the sellers requested, and the filer and spouse agreed, to allow the seller to lease the residence back from the buyer/filer for one week. The sellers and filer/spouse agreed to a rent payment of $500.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Fredrick E. Clement**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544